**Dismissed and Memorandum Opinion filed September 28, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00523-CV

**WENDY  HERNANDEZ, Appellant**

**V.**

**ARMADILLO GLASS, INC., Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 19-CV-1677**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed June 21, 2023. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On August 29, 2023, this court ordered appellant to pay the appellate filing fee on or before September 8, 2023 or the appeal would be dismissed. Appellant

has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.